USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 14 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
PATRICK COLLINS, INC.,              :
                                    :     12 Civ. 2963 (KBF)
                     Plaintiff,     :
                                    :
          -v-                       :
                                    :
JOHN DOES 1-7,                      :
                                    :
                     Defendants,    :
------------------------------------ X

KATHERINE B. FORREST, District Judge:

In reviewing the complaint filed in this matter the Court notes that plaintiff Patrick Collins, Inc. ("plaintiff") asserts that (1) it is a corporation organized and existing under the laws of the State of California with its principal place of business located in California and (2) defendants reside in Westchester County.  The complaint also indicates that the events that gave rise to the claims asserted occurred in Westchester County.  It therefore appears that in whole or in major part this action arose in Westchester County and that all or substantial parts of the material events, documents, third parties and potential witnesses related to this action are located in Westchester County.  Accordingly, pursuant to Rule 22 of the Rules for the Division of Business Among District Judges, in the interest of justice and sound judicial administration, it is hereby

ORDERED that the Clerk of the Court is directed to reassign this case to White Plains.

SO ORDERED.

Dated:   New York, New York
         May 14, 2012

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge